

United States Courts
Southern District of Texas
FILED

FEB 02 2024

Nathan Ochsner, Clerk of Court

**U.S. Department of Justice**
*United States Attorney's Office*
*Southern District of Texas*
**Civil Division – Civil Rights Section**

# CIVIL RIGHTS COMPLAINT FORM

The United States Attorney's Office, in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the Southern District of Texas. The Office therefore readily receives information that brings to its attention possible violations of federal civil rights laws. The United States Attorney's Office is primarily a legal office and not an investigative agency. However, the Civil Rights Section of this Office will evaluate your complaint and may refer it to another agency for investigation or other action.

**Date:** January 30, 2024

| **Person Filing Complaint:** Marilyn Huon | **Person or Entity you are Filing a Complaint about:** Katy ISD |
|---|---|
| **Name** Marilyn Huon | **Name** Katy ISD (Bear Creek Elementary School) |
| **Address** 3610 Shipman Lane | **Address** 4815 Hickory Down Dr. |
| **City, State, Zip** Spring, Tx 77388 | **City, State, Zip** Houston, Tx 77084 |
| **Day Time Phone** (713) 259-1710 | **Day Time Phone** (281) 237-5600 |
| **E-mail** marilynh003@gmail.com | **E-mail** StepnanieAMcelroy@katyisd.org |

**Nature of alleged Civil Rights violation (please check area that applies to your complaint):**

| | | | |
|---|---|---|---|
| ☐ | Disability Rights or Access | ☐ | Voting Rights |
| ☐ | Educational Opportunities | ☐ | Religious Land Use |
| ✔ | Employment Discrimination | ☐ | Immigration-Related Employment |
| ☐ | Military/Veteran Status Discrimination | ☐ | Abortion Clinic Access |
| ☐ | Housing Discrimination | ☐ | Credit/Lending Discrimination |
| ☐ | Public Accommodation Discrimination | ☐ | Other: |

Have you filed a lawsuit concerning this matter?  ☐ Yes  ☑ No

If yes, please provide the case name and number, court the case was filed in, and the current status of the case:

Have you filed a complaint concerning this matter with any other federal, state, or government agency?  ☑ Yes  ☐ No

If yes, please list the agency, complaint number, name of contact person, phone number, and status of complaint:
EEOC, I can file a law suit by February 5, 2024

What office or agency, if any, referred you to our office?
ECOC

PLEASE UNDERSTAND THAT SUBMITTING THIS COMPLAINT FORM HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS OR OTHER FILING REQUIREMENTS THAT MIGHT APPLY TO ANY PERSONAL CLAIM YOU MAY HAVE.

FURTHER, BY SUBMITTING THIS CLAIM YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF.

IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED, AND INTEND TO BRING A LAWSUIT, YOU SHOULD ALSO CONTACT A PRIVATE ATTORNEY.

Signature: _/s/_  Date: 2/2/24

Civil Rights Complaint Form
Page 2

**What do you believe is the basis for the Discriminative Act or Discrimination?**

| Disability | ✔ | Race | ✔ | Sex | | Color | | Religion | | Sexual Orientation | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National Origin | | Other: age | | ✔ | | | | | | | |

**Please clearly describe the civil rights violation that you would like to bring to the attention of the U.S. Attorney's Office, Civil Rights Section. Describe the nature of the incident, the date, where the incident occurred, names of any witnesses and alleged wrongdoers and their contact information. Please also include copies of any supporting documentation (do not send the original documents).**

1. I started my teaching job in ECSE class (3/4 years old special education children) in 2020, Sept.

My observation at that year was proficiency.

2. I was moved to resource class with my ECSE, I looped with them. I became a kindergarten case manager in 2021-22 school years.

My team leaders are Alexa Paul and Demitris Marshall. Mrs. Marshall was a good person and helped me but Mrs. Paul discriminated against me and started to lie to the admin on me. I believe it was because of my race, I'm Asian.

I got in contract with my union representative and asked for a lawyer. I was with Texas State Teachers Association. They gave me Mr. Matthew Wackerle, a lawyer with TSTA.

I started getting write ups. Over crazy things. In the end of that year, Mr. Matthew Wackerle represented me and he filed a grievance 1. The principal and HR worked with us and clear up my name and records and I ended up with a proficiency in my evaluation.

I have 2 proficiency evaluations.

Also that year, the 3rd grade special education teacher quits. She took a leave of absent (FMLA) until December and in January of 2022, she gave them her resignation. My principal overloaded and over

(attach additional page(s) if necessary)

Are you represented by an attorney in this matter?  ☐ Yes  ✔ No

If yes, please provide your attorney's name, address and phone number:

Continue with describing civil rights violation:

My principal overloaded me with 3rd grade caseloads. I have 2 team leaders, Mrs. Demitris Marshall and Mrs. Alexa Paul. My principal gives Mrs. Marshall part of the 3rd grade caseloads. yet the rest to me while I also have kindergarten caseloads. I'm Asian and I felt they did it on purpose. No one else had to have two jobs yet paid for one job. Also, I did so many hours in the Summer for Summer training in Special Education. I have so many hours, I was rewarded with a parking spot designated for me, yet I never received it. In previous year, other teachers have their own spot, that year I didn't get it. I believe it was because I'm Asian and they mistreated me by overlooking me.

I reached out to Mr. Stephen Grant, special education program specialist. He came and helped me and I started to become good at my job.

*****In August of 2022, Mrs. McElroy emailed me and asked me to call.

  I responded by telling her to email me what she needs from me. She refused.

I called her and she stated she will be moving me to PreK. I have to shorten my Summer, take all kind of classes and training in preparation for PreK.

Mrs. Randsford asked me how old I was, and I played coy and didn't tell her my age. I was 56 years old.

Ms. Velarde asked me how old I was. I stated I was about her age. I felt that Mrs. McElroy moved me to PreK thinking I'm too old and would not be able to handle little children.

(I have 20 plus years in teaching and 3 of those years was a PreK teacher in Klein ISD. I used to help out with student teachers and my principal used to send people into my room to watch me and help mentor them. I kept that from Stephanie McElroy)


All years, they bullied me, harassed me, put kids who are misbehaved into my classroom. Also they did not hire an assistant for me for at least 3 months, I had to do parents/teacher conference and open house without a para. All other PreK teachers have a paraprofessional. I'm Asian, 56 years old at the time and was doing my whole classroom on my own without any assistant.


My classroom furniture did not arrive until November/December yet my observation was done in October.


In October, Lisa Moore, HR, came and did an investigation on me alleging I harmed children. I felt a discrimination and requested for a second appraiser. Even when I got a second appraiser, my assistant principal whom made false accusation of me harming my students was my first appraiser and I asked to

remove her, the district kept her on and throughout the entire year, Ms. LaTwanda Wilson, harassed me, bullied me and discriminated against me. She made fun of my accent and went on Classdojo without me permission and pointed out silly mistakes/errors I can easily correct and instead, she made fun of me and the way I write and stated it was because of my nationality.

I have 2 proficiency and with a below average in my PreK observation in which they plotted, it was not a reason for them to non renew my contract. They kept trying to force me to resign and I wouldn't so they presented my name to the school board to fire me. That is wrongful firing.

My replacement is a White lady who is the principal's best friend and she didn't even interview for the job, HR transferred her from another Katy ISD school, Sundown Elementary School. I'm Asian, 56 years old at the time and was wrongfully terminated so that the principal best friend, a White lady, can take my job.

I'm filing a lawsuit. I want my name cleared up, compensation for my wrongful firing, be able to be rehired in Katy ISD in the future and for no other teacher to go through what I went through because of their ethnicity or age.